UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **4 ACES ENTERPRISES LLC D/B/A 4 ACES** | ) | **Civil Action No._____** |
| **LOUNGE; BIG DAN'S BAR, INC.; BIG TYME** | ) | |
| **INVESTMENTS, LLC D/B/A BIG DADDY'S** | ) | |
| **PUB & GRUB; BOTTOMS UP OF HOUMA; CD** | ) | |
| **ENTERPRISES OF HOUMA LLC D/B/A** | ) | |
| **LARUSSA'S LOUNGE; CKBCPB5 LLC D/B/A** | ) | |
| **THE CHATTER BOX; DAT BAR, L.L.C.;** | ) | **District Judge_____** |
| **DOUBLE HILL BAR & GRILL, LLC; HALW, LLC** | ) | |
| **D/B/A THE BREAK ROOM; JOM LLC D/B/A JUST** | ) | |
| **ONE MORE; JUDY'S NITECAP, L.L.C.; KJ'S** | ) | |
| **PLACE LLC; LONGSHOTZ 1, LLC D/B/A** | ) | |
| **LONGSHOTZ; MARLEE CELINE, LLC D/B/A** | ) | |
| **MURPHY'S; PARADISE SPORTS BAR &** | ) | **Magistrate Judge_____** |
| **DAIQUIRIS, LLC D/B/A EPIC LOUNGE;** | ) | |
| **PJSANCHEZ LLC D/B/A COBALT PETE'S; R & J** | ) | |
| **LAPEYROUSE, LLC D/B/A JEAUX'S NEW** | ) | |
| **HORIZON; R. HEASLEY, LLC D/B/A RAM ROD'S** | ) | |
| **SALOON; TAP DAT, L.L.C. D/B/A THE BRASS** | ) | |
| **MONKEY; THE BOXER & THE BARREL, LLC;** | ) | **JURY DEMAND** |
| **THE OUTER LIMITS BAR, LLC; TIPSY** | ) | |
| **CAJUN, LLC** | ) | |
| | ) | |
| | ) | |
| **VERSUS** | ) | |
| | ) | |
| **JOHN BEL EDWARDS,** | ) | |
| **IN HIS OFFICIAL CAPACITY** | ) | |
| **AS GOVERNOR OF THE STATE OF** | ) | |
| **LOUISIANA; AND H. "BUTCH"** | ) | |
| **BROWNING, JR., IN HIS OFFICIAL** | ) | |
| **CAPACITY AS FIRE MARSHAL OF** | ) | |
| **THE STATE OF LOUISIANA** | ) | |

# EXHIBIT A

## DECLARATION OF PLAINTIFF 4 ACES ENTERPRISES LLC
## D/B/A 4 ACES LOUNGE LLC

Gerard and Lisa Spahr, as owners of 4 Aces Enterprises LLC d/b/a "4 Aces Lounge LLC",
declare and state as follows:

1. We have personal knowledge of the factual matters alleged in Plaintiffs' Complaint for
   Declaratory Judgment and Injunctive Relief because we own 4 Aces Lounge LLC
   identified in the Complaint.

2. We have reviewed Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief
   and Exhibits, and all factual allegations contained in the Complaint are true and accurate.

3. 4 Aces Lounge LLC is a fully licensed bar as defined by the Louisiana Office of Alcohol
   and Tobacco Control ("LATC").

4. 4 Aces Lounge LLC was a lawfully existing business and Class AG Permit Holder, as
   defined by LATC, prior to Governor John Bel Edwards' Stay at Home Order issued on
   March 22, 2020 (33 JBE 2020).

5. In compliance with Governor Edwards' Stay at Home Order, 4 Aces Lounge LLC closed
   by 5:00 p.m. on Monday, March 23, 2020 and remained closed until the Governor issued
   74 JBE 2020, moving Louisiana into Phase 2 on Friday, June 5, 2020.

6. During Phase 2, 4 Aces Lounge LLC reopened at diminished capacity as set forth in 74
   JBE 2020 and implemented social distancing measures.

7. As a result of Governor John Bel Edwards' Proclamation Nos. 89 JBE 2020 and 96 JBE
   2020 and the enforcement of such order by Defendants, 4 Aces Lounge LLC closed for
   on-premises consumption of drinks and/or food after Sunday, July 12, 2020.

8. If allowed to remain open during Phase 2, 4 Aces Lounge LLC could implement
   additional precautions and social distancing measures.

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed this ⟪28⟫ day of July, 2020.

_____

Gerald and Lisa Spahr
Named Plaintiff

## <u>DECLARATION OF PLAINTIFF BIG DAN'S BAR, INC.</u>

Chris Herron, as owner of Big Dan's Bar, Inc., declares and states as follows:

1. I have personal knowledge of the factual matters alleged in Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief because I own Big Dan's Bar, Inc. identified in the Complaint.

2. I have reviewed Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief and Exhibits, and all factual allegations contained in the Complaint are true and accurate.

3. Big Dan's Bar, Inc. is a fully licensed bar as defined by the Louisiana Office of Alcohol and Tobacco Control ("LATC").

4. Big Dan's Bar, Inc. was a lawfully existing business and Class AG Permit Holder, as defined by LATC, prior to Governor John Bel Edwards' Stay at Home Order issued on March 22, 2020 (33 JBE 2020).

5. In compliance with Governor Edwards' Stay at Home Order, Big Dan's Bar, Inc. closed by 5:00 p.m. on Monday, March 23, 2020 and remained closed until the Governor issued 74 JBE 2020, moving Louisiana into Phase 2 on Friday, June 5, 2020.

6. During Phase 2, Big Dan's Bar, Inc. reopened at diminished capacity as set forth in 74 JBE 2020 and implemented social distancing measures.

7. As a result of Governor John Bel Edwards' Proclamation Nos. 89 JBE 2020 and 96 JBE 2020 and the enforcement of such order by Defendants, Big Dan's Bar, Inc. closed for on-premises consumption of drinks and/or food after Sunday, July 12, 2020.

8. If allowed to remain open during Phase 2, Big Dan's Bar, Inc. could implement additional precautions and social distancing measures.

1

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed this _____ day of July, 2020.

_____

Chris Herron
Named Plaintiff

**DECLARATION OF PLAINTIFF BIG TYME INVESTMENTS, LLC
D/B/A BIG DADDY'S PUB & GRUB**

Summer Dardar, as owner of Big Tyme Investments, LLC d/b/a Big Daddy's Pub & Grub, declares and states as follows:

1. I have personal knowledge of the factual matters alleged in Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief because I own Big Tyme Investments, LLC d/b/a Big Daddy's Pub & Grub identified in the Complaint.

2. I have reviewed Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief and Exhibits, and all factual allegations contained in the Complaint are true and accurate.

3. Big Tyme Investments, LLC d/b/a Big Daddy's Pub & Grub is a fully licensed bar as defined by the Louisiana Office of Alcohol and Tobacco Control ("LATC").

4. Big Tyme Investments, LLC d/b/a Big Daddy's Pub & Grub was a lawfully existing business and Class AG Permit Holder, as defined by LATC, prior to Governor John Bel Edwards' Stay at Home Order issued on March 22, 2020 (33 JBE 2020).

5. In compliance with Governor Edwards' Stay at Home Order, Big Tyme Investments, LLC d/b/a Big Daddy's Pub & Grub closed by 5:00 p.m. on Monday, March 23, 2020 and remained closed until the Governor issued 74 JBE 2020, moving Louisiana into Phase 2 on Friday, June 5, 2020.

6. During Phase 2, Big Tyme Investments, LLC d/b/a Big Daddy's Pub & Grub reopened at diminished capacity as set forth in 74 JBE 2020 and implemented social distancing measures.

7. As a result of Governor John Bel Edwards' Proclamation Nos. 89 JBE 2020 and 96 JBE 2020 and the enforcement of such order by Defendants, Big Tyme Investments, LLC

1

d/b/a Big Daddy's Pub & Grub closed for on-premises consumption of drinks and/or food after Sunday, July 12, 2020.

8. If allowed to remain open during Phase 2, Big Tyme Investments, LLC d/b/a Big Daddy's Pub & Grub could implement additional precautions and social distancing measures.

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed this 28th day of July, 2020.

/s/ Summer Dardar
Summer Dardar
Named Plaintiff

## DECLARATION OF PLAINTIFF BOTTOMS UP OF HOUMA

Thomas Clark, as owner of Bottoms Up of Houma, declares and states as follows:

1. I have personal knowledge of the factual matters alleged in Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief because I own Bottoms Up of Houma identified in the Complaint.

2. I have reviewed Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief and Exhibits, and all factual allegations contained in the Complaint are true and accurate.

3. Bottoms Up of Houma is a fully licensed bar as defined by the Louisiana Office of Alcohol and Tobacco Control ("LATC").

4. Bottoms Up of Houma was a lawfully existing business and Class AG Permit Holder, as defined by LATC, prior to Governor John Bel Edwards' Stay at Home Order issued on March 22, 2020 (33 JBE 2020).

5. In compliance with Governor Edwards' Stay at Home Order, Bottoms Up of Houma closed by 5:00 p.m. on Monday, March 23, 2020 and remained closed until the Governor issued 74 JBE 2020, moving Louisiana into Phase 2 on Friday, June 5, 2020.

6. During Phase 2, Bottoms Up of Houma reopened at diminished capacity as set forth in 74 JBE 2020 and implemented social distancing measures.

7. As a result of Governor John Bel Edwards' Proclamation Nos. 89 JBE 2020 and 96 JBE 2020 and the enforcement of such order by Defendants, Bottoms Up of Houma closed for on-premises consumption of drinks and/or food after Sunday, July 12, 2020.

8. If allowed to remain open during Phase 2, Bottoms Up of Houma could implement additional precautions and social distancing measures.

1

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed this 29th day of July, 2020.

/s/ Thomas Clark
Thomas Clark
On behalf of Bottoms Up
Named Plaintiff

## DECLARATION OF PLAINTIFF CD ENTERPRISES OF HOUMA LLC
## D/B/A LARUSSA'S LOUNGE

Dale C. Ledet and Candia J. Ledet, as owners of CD Enterprises of Houma LLC d/b/a Larussa's Lounge, declare and state as follows:

1. We have personal knowledge of the factual matters alleged in Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief because we own CD Enterprises of Houma LLC d/b/a Larussa's Lounge identified in the Complaint.

2. We have reviewed Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief and Exhibits, and all factual allegations contained in the Complaint are true and accurate.

3. CD Enterprises of Houma LLC d/b/a Larussa's Lounge is a fully licensed bar as defined by the Louisiana Office of Alcohol and Tobacco Control ("LATC").

4. CD Enterprises of Houma LLC d/b/a Larussa's Lounge was a lawfully existing business and Class AG Permit Holder, as defined by LATC, prior to Governor John Bel Edwards' Stay at Home Order issued on March 22, 2020 (33 JBE 2020).

5. In compliance with Governor Edwards' Stay at Home Order, CD Enterprises of Houma LLC d/b/a Larussa's Lounge closed by 5:00 p.m. on Monday, March 23, 2020 and remained closed until the Governor issued 74 JBE 2020, moving Louisiana into Phase 2 on Friday, June 5, 2020.

6. During Phase 2, CD Enterprises of Houma LLC d/b/a Larussa's Lounge reopened at diminished capacity as set forth in 74 JBE 2020 and implemented social distancing measures.

7. As a result of Governor John Bel Edwards' Proclamation Nos. 89 JBE 2020 and 96 JBE 2020 and the enforcement of such order by Defendants, CD Enterprises of Houma LLC

1

d/b/a Larussa's Lounge closed for on-premises consumption of drinks and/or food after

Sunday, July 12, 2020.

8.  If allowed to remain open during Phase 2, CD Enterprises of Houma LLC d/b/a Larussa's

    Lounge could implement additional precautions and social distancing measures.

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed this 28 day of July, 2020.

Dale C. Ledet
Candia J. Ledet
Named Plaintiff

2

## <u>DECLARATION OF PLAINTIFF CKBCPB5, LLC D/B/A THE CHATTER BOX</u>

Cynthia B. Blanchard, as owner of CKBCPB5, LLC d/b/a The Chatter Box, declares and states as follows:

1. I have personal knowledge of the factual matters alleged in Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief because I own CKBCPB5, LLC d/b/a The Chatter Box identified in the Complaint.

2. I have reviewed Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief and Exhibits, and all factual allegations contained in the Complaint are true and accurate.

3. CKBCPB5, LLC d/b/a The Chatter Box is a fully licensed bar as defined by the Louisiana Office of Alcohol and Tobacco Control ("LATC").

4. CKBCPB5, LLC d/b/a The Chatter Box was a lawfully existing business and Class AG Permit Holder, as defined by LATC, prior to Governor John Bel Edwards' Stay at Home Order issued on March 22, 2020 (33 JBE 2020).

5. In compliance with Governor Edwards' Stay at Home Order, CKBCPB5, LLC d/b/a The Chatter Box closed by 5:00 p.m. on Monday, March 23, 2020 and remained closed until the Governor issued 74 JBE 2020, moving Louisiana into Phase 2 on Friday, June 5, 2020.

6. During Phase 2, CKBCPB5, LLC d/b/a The Chatter Box reopened at diminished capacity as set forth in 74 JBE 2020 and implemented social distancing measures.

7. As a result of Governor John Bel Edwards' Proclamation Nos. 89 JBE 2020 and 96 JBE 2020 and the enforcement of such order by Defendants, CKBCPB5, LLC d/b/a The Chatter Box closed for on-premises consumption of drinks and/or food after Sunday, July 12, 2020.

8. If allowed to remain open during Phase 2, CKBCPB5, LLC d/b/a The Chatter Box could implement additional precautions and social distancing measures.

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed this ___29___ day of July, 2020.

_____

Cynthia B. Blanchard
Named Plaintiff

## DECLARATION OF PLAINTIFF DAT BAR, L.L.C.

Larry Sweeney, Jr., as owners of Dat Bar, L.L.C., declares and states as follows:

1. I have personal knowledge of the factual matters alleged in Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief because we own Dat Bar, L.L.C. identified in the Complaint.

2. I have reviewed Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief and Exhibits, and all factual allegations contained in the Complaint are true and accurate.

3. Dat Bar, LLC is a fully licensed bar as defined by the Louisiana Office of Alcohol and Tobacco Control ("LATC").

4. Dat Bar, LLC was a lawfully existing business and Class AG Permit Holder, as defined by LATC, prior to Governor John Bel Edwards' Stay at Home Order issued on March 22, 2020 (33 JBE 2020).

5. In compliance with Governor Edwards' Stay at Home Order, Dat Bar, LLC closed by 5:00 p.m. on Monday, March 23, 2020 and remained closed until the Governor issued 74 JBE 2020, moving Louisiana into Phase 2 on Friday, June 5, 2020.

6. During Phase 2, Dat Bar, LLC reopened at diminished capacity as set forth in 74 JBE 2020 and implemented social distancing measures.

7. As a result of Governor John Bel Edwards' Proclamation Nos. 89 JBE 2020 and 96 JBE 2020 and the enforcement of such order by Defendants, Dat Bar, LLC closed for on-premises consumption of drinks and/or food after Sunday, July 12, 2020.

8. If allowed to remain open during Phase 2, Dat Bar, LLC could implement additional precautions and social distancing measures.

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed this ⅛ day of July, 2020.

Larry Sweeney, Jr.
Named Plaintiff

2

## **DECLARATION OF PLAINTIFF DOUBLE HILL BAR & GRILL, LLC**

Drew Jordan and Derek Jackson, as owners of Double Hill Bar & Grill, LLC, declare and state as follows:

1. We have personal knowledge of the factual matters alleged in Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief because we own Double Hill Bar & Grill, LLC identified in the Complaint.

2. We have reviewed Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief and Exhibits, and all factual allegations contained in the Complaint are true and accurate.

3. Double Hill Bar & Grill, LLC is a fully licensed bar as defined by the Louisiana Office of Alcohol and Tobacco Control ("LATC").

4. Double Hill Bar & Grill, LLC was a lawfully existing business and Class AG Permit Holder, as defined by LATC, prior to Governor John Bel Edwards' Stay at Home Order issued on March 22, 2020 (33 JBE 2020).

5. In compliance with Governor Edwards' Stay at Home Order, Double Hill Bar & Grill, LLC closed by 5:00 p.m. on Monday, March 23, 2020 and remained closed until the Governor issued 74 JBE 2020, moving Louisiana into Phase 2 on Friday, June 5, 2020.

6. During Phase 2, Double Hill Bar & Grill, LLC reopened at diminished capacity as set forth in 74 JBE 2020 and implemented social distancing measures.

7. As a result of Governor John Bel Edwards' Proclamation Nos. 89 JBE 2020 and 96 JBE 2020 and the enforcement of such order by Defendants, Double Hill Bar & Grill, LLC closed for on-premises consumption of drinks and/or food after Sunday, July 12, 2020.

8. If allowed to remain open during Phase 2, Double Hill Bar & Grill, LLC could implement additional precautions and social distancing measures.

1

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed this 29th day of July, 2020.

/s/ Drew Jordan
Drew Jordan
Derek Jackson
Named Plaintiff

**DECLARATION OF PLAINTIFF JALW, LLC D/B/A THE BREAK ROOM**

Joshua Adams and Lenny Williams, as owners of Jalw, LLC d/b/a the Break Room, declare and state as follows:

1. We have personal knowledge of the factual matters alleged in Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief because we own Jalw, LLC d/b/a the Break Room identified in the Complaint.

2. We have reviewed Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief and Exhibits, and all factual allegations contained in the Complaint are true and accurate.

3. Jalw, LLC d/b/a the Break Room is a fully licensed bar as defined by the Louisiana Office of Alcohol and Tobacco Control ("LATC").

4. Jalw, LLC d/b/a the Break Room was a lawfully existing business and Class AG Permit Holder, as defined by LATC, prior to Governor John Bel Edwards' Stay at Home Order issued on March 22, 2020 (33 JBE 2020).

5. In compliance with Governor Edwards' Stay at Home Order, Jalw, LLC d/b/a the Break Room closed its on-premises operations but remained open to fulfill "to-go" orders for food only.

6. During Phase 2, Jalw, LLC d/b/a the Break Room reopened at diminished capacity as set forth in 74 JBE 2020 and implemented social distancing measures.

7. As a result of Governor John Bel Edwards' Proclamation Nos. 89 JBE 2020 and 96 JBE 2020 and the enforcement of such order by Defendants, Jalw, LLC d/b/a the Break Room closed completely after Sunday, July 12, 2020.

8. If allowed to remain open during Phase 2, Jalw, LLC d/b/a the Break Room could implement additional precautions and social distancing measures.

1

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed this _29_ day of July, 2020.

Joshua Adams
Lenny Williams
Named Plaintiff

## DECLARATION OF PLAINTIFF JOM LLC D/B/A JUST ONE MORE

Timothy Mathis, as owner of JOM LLC d/b/a Just One More, declares and states as follows:

1. I have personal knowledge of the factual matters alleged in Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief because I own JOM LLC d/b/a Just One More identified in the Complaint.

2. I have reviewed Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief and Exhibits, and all factual allegations contained in the Complaint are true and accurate.

3. JOM LLC d/b/a Just One More is a fully licensed bar as defined by the Louisiana Office of Alcohol and Tobacco Control ("LATC").

4. JOM LLC d/b/a Just One More was a lawfully existing business and Class AG Permit Holder, as defined by LATC, prior to Governor John Bel Edwards' Stay at Home Order issued on March 22, 2020 (33 JBE 2020).

5. In compliance with Governor Edwards' Stay at Home Order, JOM LLC d/b/a Just One More closed by 5:00 p.m. on Monday, March 23, 2020 and remained closed until the Governor issued 74 JBE 2020, moving Louisiana into Phase 2 on Friday, June 5, 2020.

6. During Phase 2, JOM LLC d/b/a Just One More reopened at diminished capacity as set forth in 74 JBE 2020 and implemented social distancing measures.

7. As a result of Governor John Bel Edwards' Proclamation Nos. 89 JBE 2020 and 96 JBE 2020 and the enforcement of such order by Defendants, JOM LLC d/b/a Just One More closed for on-premises consumption of drinks and/or food after Sunday, July 12, 2020.

8. If allowed to remain open during Phase 2, JOM LLC d/b/a Just One More could implement additional precautions and social distancing measures.

1

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed this 28<u>th</u> day of July, 2020.

/s/ Timothy Mathis
Timothy Mathis
On behalf of JOM LLC d/b/a Just One More
Named Plaintiff

2

## <u>DECLARATION OF PLAINTIFF JUDY'S NITECAP, L.L.C.</u>

Judy Stutzman, as owner of Judy's NiteCap, L.L.C., declares and states as follows:

1. I have personal knowledge of the factual matters alleged in Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief because I own Judy's NiteCap, L.L.C. identified in the Complaint.

2. I have reviewed Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief and Exhibits, and all factual allegations contained in the Complaint are true and accurate.

3. Judy's NiteCap, L.L.C. is a fully licensed bar as defined by the Louisiana Office of Alcohol and Tobacco Control ("LATC").

4. Judy's NiteCap, L.L.C. was a lawfully existing business and Class AG Permit Holder, as defined by LATC, prior to Governor John Bel Edwards' Stay at Home Order issued on March 22, 2020 (33 JBE 2020).

5. In compliance with Governor Edwards' Stay at Home Order, Judy's NiteCap, L.L.C. closed by 5:00 p.m. on Monday, March 23, 2020 and remained closed until the Governor issued 74 JBE 2020, moving Louisiana into Phase 2 on Friday, June 5, 2020.

6. During Phase 2, Judy's NiteCap, L.L.C. reopened at diminished capacity as set forth in 74 JBE 2020 and implemented social distancing measures.

7. As a result of Governor John Bel Edwards' Proclamation Nos. 89 JBE 2020 and 96 JBE 2020 and the enforcement of such order by Defendants, Judy's NiteCap, L.L.C. closed for on-premises consumption of drinks and/or food after Sunday, July 12, 2020.

8. If allowed to remain open during Phase 2, Judy's NiteCap, L.L.C. could implement additional precautions and social distancing measures.

1

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed this 27 day of July, 2020.

Judy Stutzman
Named Plaintiff

## DECLARATION OF PLAINTIFF K J's PLACE LLC

Joseph Feliciana, as owner of K J's Place LLC, declares and states as follows:

1. I have personal knowledge of the factual matters alleged in Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief because I own K J's Place LLC identified in the Complaint.

2. I have reviewed Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief and Exhibits, and all factual allegations contained in the Complaint are true and accurate.

3. K J's Place LLC is a fully licensed bar as defined by the Louisiana Office of Alcohol and Tobacco Control ("LATC").

4. K J's Place LLC was a lawfully existing business and Class AG Permit Holder, as defined by LATC, prior to Governor John Bel Edwards' Stay at Home Order issued on March 22, 2020 (33 JBE 2020).

5. In compliance with Governor Edwards' Stay at Home Order, K J's Place LLC closed by 5:00 p.m. on Monday, March 23, 2020 and remained closed until the Governor issued 74 JBE 2020, moving Louisiana into Phase 2 on Friday, June 5, 2020.

6. During Phase 2, K J's Place LLC reopened at diminished capacity as set forth in 74 JBE 2020 and implemented social distancing measures.

7. As a result of Governor John Bel Edwards' Proclamation Nos. 89 JBE 2020 and 96 JBE 2020 and the enforcement of such order by Defendants, K J's Place LLC closed for on-premises consumption of drinks and/or food after Sunday, July 12, 2020.

8. If allowed to remain open during Phase 2, K J's Place LLC could implement additional precautions and social distancing measures.

1

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed this 29th day of July, 2020.

/s/ Joseph Feliciana
Joseph Feliciana
Named Plaintiff

## **DECLARATION OF PLAINTIFF LONGSHOTZ 1, LLC D/B/A LONGSHOTZ**

Jeanne Trosclair, as owners of Longshotz 1, LLC d/b/a "Longshotz", declares and states as follows:

1. I have personal knowledge of the factual matters alleged in Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief because I own Longshotz identified in the Complaint.

2. I have reviewed Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief and Exhibits, and all factual allegations contained in the Complaint are true and accurate.

3. Longshotz is a fully licensed bar as defined by the Louisiana Office of Alcohol and Tobacco Control ("LATC").

4. Longshotz was a lawfully existing business and Class AG Permit Holder, as defined by LATC, prior to Governor John Bel Edwards' Stay at Home Order issued on March 22, 2020 (33 JBE 2020).

5. In compliance with Governor Edwards' Stay at Home Order, Longshotz closed by 5:00 p.m. on Monday, March 23, 2020 and remained closed until the Governor issued 74 JBE 2020, moving Louisiana into Phase 2 on Friday, June 5, 2020.

6. During Phase 2, Longshotz reopened at diminished capacity as set forth in 74 JBE 2020 and implemented social distancing measures.

7. As a result of Governor John Bel Edwards' Proclamation Nos. 89 JBE 2020 and 96 JBE 2020 and the enforcement of such order by Defendants, Longshotz closed for on-premises consumption of drinks and/or food after Sunday, July 12, 2020.

8. If allowed to remain open during Phase 2, Longshotz could implement additional precautions and social distancing measures.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29 day of July, 2020.

Jeanne Trosclair
On behalf of Longshotz
Named Plaintiff

2

## <u>DECLARATION OF PLAINTIFF MARLEE CELINE, LLC D/B/A MURPHY'S</u>

Brian Colvay, as owner of Marlee Celine, LLC d/b/a Murphy's, declares and states as follows:

1. I have personal knowledge of the factual matters alleged in Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief because I own Marlee Celine, LLC d/b/a Murphy's identified in the Complaint.

2. I have reviewed Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief and Exhibits, and all factual allegations contained in the Complaint are true and accurate.

3. Marlee Celine, LLC d/b/a Murphy's is a fully licensed bar as defined by the Louisiana Office of Alcohol and Tobacco Control ("LATC").

4. Marlee Celine, LLC d/b/a Murphy's was a lawfully existing business and Class AG Permit Holder, as defined by LATC, prior to Governor John Bel Edwards' Stay at Home Order issued on March 22, 2020 (33 JBE 2020).

5. In compliance with Governor Edwards' Stay at Home Order, Marlee Celine, LLC d/b/a Murphy's closed by 5:00 p.m. on Monday, March 23, 2020 and remained closed until the Governor issued 74 JBE 2020, moving Louisiana into Phase 2 on Friday, June 5, 2020.

6. During Phase 2, Marlee Celine, LLC d/b/a Murphy's reopened at diminished capacity as set forth in 74 JBE 2020 and implemented social distancing measures.

7. As a result of Governor John Bel Edwards' Proclamation Nos. 89 JBE 2020 and 96 JBE 2020 and the enforcement of such order by Defendants, Marlee Celine, LLC d/b/a Murphy's closed for on-premises consumption of drinks and/or food after Sunday, July 12, 2020.

8. If allowed to remain open during Phase 2, Marlee Celine, LLC d/b/a Murphy's could implement additional precautions and social distancing measures.

1

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed this 2 8 day of July, 2020.

Brian Colvay
Named Plaintiff

## **DECLARATION OF PLAINTIFF PARADISE SPORTS BAR & DAIQUIRIS, LLC D/B/A EPIC LOUNGE**

Julie Chauvin, as owner of Paradise Sports Bar & Daiquiris, LLC d/b/a Epic Lounge, declares and states as follows:

1. I have personal knowledge of the factual matters alleged in Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief because I own Paradise Sports Bar & Daiquiris, LLC d/b/a Epic Lounge identified in the Complaint.

2. I have reviewed Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief and Exhibits, and all factual allegations contained in the Complaint are true and accurate.

3. Paradise Sports Bar & Daiquiris, LLC d/b/a Epic Lounge is a fully licensed bar as defined by the Louisiana Office of Alcohol and Tobacco Control ("LATC").

4. Paradise Sports Bar & Daiquiris, LLC d/b/a Epic Lounge was a lawfully existing business and Class AG Permit Holder, as defined by LATC, prior to Governor John Bel Edwards' Stay at Home Order issued on March 22, 2020 (33 JBE 2020).

5. In compliance with Governor Edwards' Stay at Home Order, Paradise Sports Bar & Daiquiris, LLC d/b/a Epic Lounge closed by 5:00 p.m. on Monday, March 23, 2020 and remained closed until the Governor issued 74 JBE 2020, moving Louisiana into Phase 2 on Friday, June 5, 2020.

6. During Phase 2, Paradise Sports Bar & Daiquiris, LLC d/b/a Epic Lounge reopened at diminished capacity as set forth in 74 JBE 2020 and implemented social distancing measures.

7. As a result of Governor John Bel Edwards' Proclamation Nos. 89 JBE 2020 and 96 JBE 2020 and the enforcement of such order by Defendants, Paradise Sports Bar & Daiquiris,

LLC d/b/a Epic Lounge closed for on-premises consumption of drinks and/or food after Sunday, July 12, 2020.

8.  If allowed to remain open during Phase 2, Paradise Sports Bar & Daiquiris, LLC d/b/a Epic Lounge could implement additional precautions and social distancing measures.

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed this ___28___ day of July, 2020.

Julie Chauvin
Named Plaintiff

## DECLARATION OF PLAINTIFF PJSANCHEZ LLC D/B/A COBALT PETE'S

Peter J. Sanchez, as owner of PJSANCHEZ LLC d/b/a "Cobalt Pete's", declares and states as follows:

1. I have personal knowledge of the factual matters alleged in Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief because I own Cobalt Pete's identified in the Complaint.

2. I have reviewed Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief and Exhibits, and all factual allegations contained in the Complaint are true and accurate.

3. Cobalt Pete's is a fully licensed bar as defined by the Louisiana Office of Alcohol and Tobacco Control ("LATC").

4. Cobalt Pete's was a lawfully existing business and Class AG Permit Holder, as defined by LATC, prior to Governor John Bel Edwards' Stay at Home Order issued on March 22, 2020 (33 JBE 2020).

5. In compliance with Governor Edwards' Stay at Home Order, Cobalt Pete's closed by 5:00 p.m. on Monday, March 23, 2020 and remained closed until the Governor issued 74 JBE 2020, moving Louisiana into Phase 2 on Friday, June 5, 2020.

6. During Phase 2, Cobalt Pete's reopened at diminished capacity as set forth in 74 JBE 2020 and implemented social distancing measures.

7. As a result of Governor John Bel Edwards' Proclamation Nos. 89 JBE 2020 and 96 JBE 2020 and the enforcement of such order by Defendants, Cobalt Pete's closed for on-premises consumption of drinks and/or food after Sunday, July 12, 2020.

8. If allowed to remain open during Phase 2, Cobalt Pete's could implement additional precautions and social distancing measures.

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed this ___28___ day of July, 2020.

Peter J. Sanchez
Named Plaintiff

## DECLARATION OF PLAINTIFF R&J LAPEYROUSE, LLC
## D/B/A JEAUX'S NEW HORIZON

Jody and Rhonda Lapeyrouse, as owners of R&J Lapeyrouse, LLC d/b/a Jeaux's New Horizon, declare and state as follows:

1. We have personal knowledge of the factual matters alleged in Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief because we own R&J Lapeyrouse, LLC d/b/a Jeaux's New Horizon identified in the Complaint.

2. We have reviewed Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief and Exhibits, and all factual allegations contained in the Complaint are true and accurate.

3. R&J Lapeyrouse, LLC d/b/a Jeaux's New Horizon is a fully licensed bar as defined by the Louisiana Office of Alcohol and Tobacco Control ("LATC").

4. R&J Lapeyrouse, LLC d/b/a Jeaux's New Horizon was a lawfully existing business and Class AG Permit Holder, as defined by LATC, prior to Governor John Bel Edwards' Stay at Home Order issued on March 22, 2020 (33 JBE 2020).

5. In compliance with Governor Edwards' Stay at Home Order, R&J Lapeyrouse, LLC d/b/a Jeaux's New Horizon closed by 5:00 p.m. on Monday, March 23, 2020 and remained closed until the Governor issued 74 JBE 2020, moving Louisiana into Phase 2 on Friday, June 5, 2020.

6. During Phase 2, R&J Lapeyrouse, LLC d/b/a Jeaux's New Horizon reopened at diminished capacity as set forth in 74 JBE 2020 and implemented social distancing measures.

7. As a result of Governor John Bel Edwards' Proclamation Nos. 89 JBE 2020 and 96 JBE 2020 and the enforcement of such order by Defendants, R&J Lapeyrouse, LLC d/b/a Jeaux's New Horizon closed for on-premises consumption of drinks and/or food after Sunday, July 12, 2020.

8. If allowed to remain open during Phase 2, R&J Lapeyrouse, LLC d/b/a Jeaux's New Horizon could implement additional precautions and social distancing measures.

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed this _____ 28 _____ day of July, 2020.

Jody and Rhonda Lapeyrouse
On behalf of R&J Lapeyrouse, LLC d/b/a Jeaux's New Horizon
Named Plaintiff

2

## <u>DECLARATION OF PLAINTIFF R. HEASLEY, LLC D/B/A RAM ROD'S SALOON</u>

Dani Davis, as owner of R. Heasley, LLC d/b/a "Ram Rod's Saloon", declares and states as follows:

1. I have personal knowledge of the factual matters alleged in Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief because I own Ram Rod's Saloon identified in the Complaint.

2. I have reviewed Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief and Exhibits, and all factual allegations contained in the Complaint are true and accurate.

3. The Ram Rod's Saloon is a fully licensed bar as defined by the Louisiana Office of Alcohol and Tobacco Control ("LATC").

4. The Ram Rod's Saloon was a lawfully existing business and Class AG Permit Holder, as defined by LATC, prior to Governor John Bel Edwards' Stay at Home Order issued on March 22, 2020 (33 JBE 2020).

5. In compliance with Governor Edwards' Stay at Home Order, Ram Rod's Saloon closed by 5:00 p.m. on Monday, March 23, 2020 and remained closed until the Governor issued 74 JBE 2020, moving Louisiana into Phase 2 on Friday, June 5, 2020.

6. During Phase 2, Ram Rod's Saloon reopened at diminished capacity as set forth in 74 JBE 2020 and implemented social distancing measures.

7. As a result of Governor John Bel Edwards' Proclamation Nos. 89 JBE 2020 and 96 JBE 2020 and the enforcement of such order by Defendants, Ram Rod's Saloon closed for on-premises consumption of drinks and/or food after Sunday, July 12, 2020.

8. If allowed to remain open during Phase 2, Ram Rod's Saloon could implement additional precautions and social distancing measures.

1

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed this __30__ day of July, 2020.

_____

Dani Davis
On behalf of R. Heasley, LLC d/b/a Ram Rod's Saloon
Named Plaintiff

## DECLARATION OF PLAINTIFF TAP DAT, L.L.C. D/B/A THE BRASS MONKEY

Patrick Heim and Gilbert Valencia, as owners of Tap Dat, L.L.C. d/b/a the Brass Monkey, declare and state as follows:

1. I have personal knowledge of the factual matters alleged in Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief because I own Tap Dat, L.L.C. d/b/a The Brass Monkey identified in the Complaint.

2. I have reviewed Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief and Exhibits, and all factual allegations contained in the Complaint are true and accurate.

3. Tap Dat, L.L.C. d/b/a The Brass Monkey is a fully licensed bar as defined by the Louisiana Office of Alcohol and Tobacco Control ("LATC").

4. Tap Dat, L.L.C. d/b/a The Brass Monkey was a lawfully existing business and Class AG Permit Holder, as defined by LATC, prior to Governor John Bel Edwards' Stay at Home Order issued on March 22, 2020 (33 JBE 2020).

5. In compliance with Governor Edwards' Stay at Home Order, Tap Dat, L.L.C. d/b/a The Brass Monkey closed by 5:00 p.m. on Monday, March 23, 2020 and remained closed until the Governor issued 74 JBE 2020, moving Louisiana into Phase 2 on Friday, June 5, 2020.

6. During Phase 2, Tap Dat, L.L.C. d/b/a The Brass Monkey reopened at diminished capacity as set forth in 74 JBE 2020 and implemented social distancing measures.

7. As a result of Governor John Bel Edwards' Proclamation Nos. 89 JBE 2020 and 96 JBE 2020 and the enforcement of such order by Defendants, Tap Dat, L.L.C. d/b/a The Brass Monkey closed for on-premises consumption of drinks and/or food after Sunday, July 12, 2020.

8.  If allowed to remain open during Phase 2, Tap Dat, L.L.C. d/b/a The Brass Monkey could

implement additional precautions and social distancing measures.

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed this ___ day of July, 2020.

_____

Patrick Heim
Gilbert Valencia
On behalf of Tap Dat, L.L.C. d/b/a The Brass Monkey
Named Plaintiff

## <u>DECLARATION OF PLAINTIFF THE BOXER & THE BARREL, LLC</u>

Mitchell Sargent, as owner of The Boxer & the Barrel, LLC, declares and states as follows:

1. I have personal knowledge of the factual matters alleged in Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief because I own The Boxer & the Barrel, LLC identified in the Complaint.

2. I have reviewed Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief and Exhibits, and all factual allegations contained in the Complaint are true and accurate.

3. The Boxer & the Barrel, LLC is a fully licensed bar as defined by the Louisiana Office of Alcohol and Tobacco Control ("LATC").

4. The Boxer & the Barrel, LLC was a lawfully existing business and Class AG Permit Holder, as defined by LATC, prior to Governor John Bel Edwards' Stay at Home Order issued on March 22, 2020 (33 JBE 2020).

5. In compliance with Governor Edwards' Stay at Home Order, The Boxer & the Barrel, LLC closed by 5:00 p.m. on Monday, March 23, 2020 and remained closed until the Governor issued 74 JBE 2020, moving Louisiana into Phase 2 on Friday, June 5, 2020.

6. During Phase 2, The Boxer & the Barrel, LLC reopened at diminished capacity as set forth in 74 JBE 2020 and implemented social distancing measures.

7. As a result of Governor John Bel Edwards' Proclamation Nos. 89 JBE 2020 and 96 JBE 2020 and the enforcement of such order by Defendants, The Boxer & the Barrel, LLC closed for on-premises consumption of drinks and/or food after Sunday, July 12, 2020.

8. If allowed to remain open during Phase 2, The Boxer & the Barrel, LLC could implement additional precautions and social distancing measures.

1

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed this 29th day of July, 2020.

/s/ Mitchell Sargent
Mitchell Sargent
On behalf of The Boxer & the Barrel, LLC
Named Plaintiff

## DECLARATION OF PLAINTIFF THE OUTER LIMITS BAR, LLC

Jeanne Trosclair, as owner of The Outer Limits Bar, LLC, declares and states as follows:

1. I have personal knowledge of the factual matters alleged in Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief because I own The Outer Limits Bar, LLC identified in the Complaint.

2. I have reviewed Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief and Exhibits, and all factual allegations contained in the Complaint are true and accurate.

3. The Outer Limits Bar, LLC is a fully licensed bar as defined by the Louisiana Office of Alcohol and Tobacco Control ("LATC").

4. The Outer Limits Bar, LLC was a lawfully existing business and Class AG Permit Holder, as defined by LATC, prior to Governor John Bel Edwards' Stay at Home Order issued on March 22, 2020 (33 JBE 2020).

5. In compliance with Governor Edwards' Stay at Home Order, The Outer Limits Bar, LLC closed by 5:00 p.m. on Monday, March 23, 2020 and remained closed until the Governor issued 74 JBE 2020, moving Louisiana into Phase 2 on Friday, June 5, 2020.

6. During Phase 2, The Outer Limits Bar, LLC reopened at diminished capacity as set forth in 74 JBE 2020 and implemented social distancing measures.

7. As a result of Governor John Bel Edwards' Proclamation Nos. 89 JBE 2020 and 96 JBE 2020 and the enforcement of such order by Defendants, The Outer Limits Bar, LLC closed for on-premises consumption of drinks and/or food after Sunday, July 12, 2020.

8. If allowed to remain open during Phase 2, The Outer Limits Bar, LLC could implement additional precautions and social distancing measures.

1

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed this 28 day of July, 2020.

Jeanne Trosclair
On behalf of The Outer Limits Bar, LLC
Named Plaintiff

2

## DECLARATION OF PLAINTIFF TIPSY CAJUN, LLC

Angela Lemaire, as owner of Tipsy Cajun, LLC, declares and states as follows:

1. I have personal knowledge of the factual matters alleged in Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief because I own Tipsy Cajun, LLC identified in the Complaint.

2. I have reviewed Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief and Exhibits, and all factual allegations contained in the Complaint are true and accurate.

3. Tipsy Cajun, LLC is a fully licensed bar as defined by the Louisiana Office of Alcohol and Tobacco Control ("LATC").

4. Tipsy Cajun, LLC was a lawfully existing business and Class AG Permit Holder, as defined by LATC, prior to Governor John Bel Edwards' Stay at Home Order issued on March 22, 2020 (33 JBE 2020).

5. In compliance with Governor Edwards' Stay at Home Order, Tipsy Cajun, LLC closed by 5:00 p.m. on Monday, March 23, 2020 and remained closed until the Governor issued 74 JBE 2020, moving Louisiana into Phase 2 on Friday, June 5, 2020.

6. During Phase 2, Tipsy Cajun, LLC reopened at diminished capacity as set forth in 74 JBE 2020 and implemented social distancing measures.

7. As a result of Governor John Bel Edwards' Proclamation Nos. 89 JBE 2020 and 96 JBE 2020 and the enforcement of such order by Defendants, Tipsy Cajun, LLC closed for on-premises consumption of drinks and/or food after Sunday, July 12, 2020.

8. If allowed to remain open during Phase 2, Tipsy Cajun, LLC could implement additional precautions and social distancing measures.

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed this _28_ day of July, 2020.

Angela Lemaire
On behalf of Tipsy Cajun, LLC
Named Plaintiff