**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **4 ACES ENTERPRISES LLC D/B/A 4 ACES LOUNGE; BIG DAN'S BAR, INC.; BIG TYME INVESTMENTS, LLC D/B/A BIG DADDY'S PUB & GRUB; BOTTOMS UP OF HOUMA; CD ENTERPRISES OF HOUMA LLC D/B/A LARUSSA'S LOUNGE; CKBCPB5 LLC D/B/A THE CHATTER BOX; DAT BAR, L.L.C.; DOUBLE HILL BAR & GRILL, LLC; HALW, LLC D/B/A THE BREAK ROOM; JOM LLC D/B/A JUST ONE MORE; JUDY'S NITECAP, L.L.C.; KJ'S PLACE LLC; LONGSHOTZ 1, LLC D/B/A LONGSHOTZ; MARLEE CELINE, LLC D/B/A MURPHY'S; PARADISE SPORTS BAR & DAIQUIRIS, LLC D/B/A EPIC LOUNGE; PJSANCHEZ LLC D/B/A COBALT PETE'S; R & J LAPEYROUSE, LLC D/B/A JEAUX'S NEW HORIZON; R. HEASLEY, LLC D/B/A RAM ROD'S SALOON; TAP DAT, L.L.C. D/B/A THE BRASS MONKEY; THE BOXER & THE BARREL, LLC; THE OUTER LIMITS BAR, LLC; TIPSY CAJUN, LLC** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Civil Action No.**_____ <br><br> **District Judge**_____ <br><br><br> **Magistrate Judge**_____ <br><br><br><br> **JURY DEMAND** |
| **VERSUS** | ) ) | |
| **JOHN BEL EDWARDS, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF LOUISIANA; AND H. "BUTCH" BROWNING, JR., IN HIS OFFICIAL CAPACITY AS FIRE MARSHAL OF THE STATE OF LOUISIANA** | ) ) ) ) ) ) ) ) | |

# EXHIBIT B

7/27/2020 Case 2:20-cv-02150-MLCF-DPC   Document 1-2   Filed 07/30/20   Page 2 of 3
COVID-19 Outbreaks | Department of Health | State of Louisiana

ACCESSIBILITY

# COVID-19

# COVID-19 Outbreaks

As of July 22, 2020, LDH is reporting the number of COVID-19 outbreaks and associated cases in non-congregate settings. This information will be updated every Wednesday. An outbreak is defined as 2 or more cases among unrelated individuals that have visited a site within a 14-day time period.

| OUTBREAK SETTING | NUMBER OF OUTBREAKS | CASES |
| --- | --- | --- |
| Automotive | 6 | 41 |
| Bar | 40 | 454 |
| Camp | 2 | 10 |
| Casino | 5 | 114 |
| Child Daycare | 18 | 55 |
| College/University | 3 | 111 |
| Construction Site | 3 | 48 |
| Food Processing | 19 | 456 |
| Gym/Fitness Setting | 5 | 31 |
| Industrial Setting | 20 | 186 |
| Office Space | 11 | 58 |
| Other Worksite | 8 | 27 |
| Primary/Secondary School | 2 | 8 |
| Recreation | 5 | 20 |
| Religious Services/Event | 3 | 35 |
| Restaurant | 27 | 120 |
| Retail Setting | 10 | 31 |
| Ship/Boat | 2 | 5 |
| Social Event | 5 | 66 |
| Wedding | 8 | 35 |

| | | |
|---|---|---|
| **Grand Total** | **202** | **2001** |