**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **4 ACES ENTERPRISES LLC D/B/A 4 ACES LOUNGE; BIG DAN'S BAR, INC.; BIG TYME INVESTMENTS, LLC D/B/A BIG DADDY'S PUB & GRUB; BOTTOMS UP OF HOUMA; CD ENTERPRISES OF HOUMA LLC D/B/A LARUSSA'S LOUNGE; CKBCPB5 LLC D/B/A THE CHATTER BOX; DAT BAR, L.L.C.; DOUBLE HILL BAR & GRILL, LLC; HALW, LLC D/B/A THE BREAK ROOM; JOM LLC D/B/A JUST ONE MORE; JUDY'S NITECAP, L.L.C.; KJ'S PLACE LLC; LONGSHOTZ 1, LLC D/B/A LONGSHOTZ; MARLEE CELINE, LLC D/B/A MURPHY'S; PARADISE SPORTS BAR & DAIQUIRIS, LLC D/B/A EPIC LOUNGE; PJSANCHEZ LLC D/B/A COBALT PETE'S; R & J LAPEYROUSE, LLC D/B/A JEAUX'S NEW HORIZON; R. HEASLEY, LLC D/B/A RAM ROD'S SALOON; TAP DAT, L.L.C. D/B/A THE BRASS MONKEY; THE BOXER & THE BARREL, LLC; THE OUTER LIMITS BAR, LLC; TIPSY CAJUN, LLC** | **Civil Action No._____**  <br><br> **District Judge_____**  <br><br> **Magistrate Judge_____**  <br><br> **JURY DEMAND** |
| **VERSUS** | |
| **JOHN BEL EDWARDS, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF LOUISIANA; AND H. "BUTCH" BROWNING, JR., IN HIS OFFICIAL CAPACITY AS FIRE MARSHAL OF THE STATE OF LOUISIANA** | |

# EXHIBIT G

 Gmail                                          Bottoms Up of Houma <bottomsupofhouma2015@gmail.com>

## Fwd: COVID-19 Re-opening (Phase II additional mitigation measures for Type 1 and Type 3 license)
1 message

**Alex Ward** <alexward130@yahoo.com>                                            Thu, Jul 23, 2020 at 9:01 AM
To: Erica Clark <Bottomsupofhouma2015@gmail.com>

Sent from my iPhone

Begin forwarded message:

> **From:** LicensingGaming@dps.la.gov
> **Date:** July 23, 2020 at 7:57:42 AM CDT
> **Subject: COVID-19 Re-opening (Phase II additional mitigation measures for Type 1 and Type 3 license)**



| JOHN BEL EDWARDS | KEVIN W. REEVES, COLONEL |
| GOVERNOR | DEPUTY SECRETARY |

### State of Louisiana
*Department of Public Safety and Corrections*
*Public Safety Services*

July 23, 2020

## ADVISORY NOTICE

**TO:**     Louisiana licensed Type 1 and Type 3 Video Poker Establishments
**FROM:** Gaming Enforcement Division

**RE:**     COVID-19 Re-opening (Phase II additional mitigation measures for Type 1 and Type 3 license)

Upon review and consideration of Proclamation 89 JBE 2020, the following guiding will apply to Type 1 Video Draw Poker Establishments and Type 3 Video Draw Poker Establishments.

- Establishments that hold a Type 1 Video Poker Bar license or a Type 3 Video Poker Hotel (with a bar) license are allowed the operation of two of the three video draw poker devices.
- One of the three devices must be must be disabled or otherwise prohibited from being accessible for play.

- Only one patron can occupy an enabled video poker device at a time.
- The patrons inside must be actively playing the device and any patrons waiting to play must remain outside.
- No food or beverage can be served to the patrons playing and all health, safety and sanitation procedures must be followed including the use of face coverings.
- Establishment are responsible for ensuring these and all other applicable guidelines contained in the Governor's Proclamations and the Louisiana Gaming Control Board's Orders relating to the COVID health crisis including, but not limited to, Proclamation 89 JBE 2020 and the Louisiana Gaming Control Board Order No. 15, are implemented and enforced.