| | |
|---|---|
| 4 ACES ENTERPRISES, LLC, ET AL. | CIVIL ACTION |
| v. | NO. 20-2150 |
| JOHN BEL EDWARDS, ET AL. | SECTION "F" |

ORDER

Before the Court is the motion of the plaintiffs—twenty-two Louisiana bar owners—for an order temporarily restraining and preliminarily enjoining Governor John Bel Edwards and Louisiana State Fire Marshal H. "Butch" Browning Jr. from enforcing two executive orders against them.

The orders are known, collectively and colloquially, as the "bar-closure mandate." The first prohibits bars from "allow[ing] for on[-]premises consumption of any food or drinks[.]" See Exec. Order No. 89 JBE 2020, § 2 (July 11, 2020). The second simply extends the first. See Exec. Order No. 96 JBE 2020, § 2(B) (July 23, 2020).

The Court denies the plaintiffs' motion for a temporary restraining order because the plaintiffs have not "clearly carried" their burden of showing that the requirements for obtaining this "extraordinary and drastic" remedy are met. Anderson v. Jackson, 556 F.3d 351, 360 (5th Cir. 2009); see Realogy

1

Holdings Corp. v. Jongebloed, 957 F.3d 523, 529-30 (5th Cir. 2020)(articulating the requirements for a preliminary injunction); Garcia v. United States, 680 F.2d 29, 31 (5th Cir. 1982) (indicating that the standards for obtaining a temporary restraining order and a preliminary injunction are the same).

The purpose of a temporary restraining order is to preserve the status quo, and because the challenged orders have taken effect, the status quo favors the Governor and the Fire Marshal. See Granny Goose Foods v. Bd. of Teamsters & Auto Truck Drivers, 415 U.S. 423, 439 (1974) (noting that *ex parte* temporary restraining orders "should be restricted to serving their underlying purpose of preserving the status quo").

Accordingly, IT IS ORDERED: that the plaintiffs' motion for a temporary restraining order and preliminary injunction is DENIED IN PART (insofar as it seeks a temporary restraining order) and DEFERRED IN PART (insofar as it seeks a preliminary injunction).

IT IS FURTHER ORDERED: that a preliminary injunction hearing is set for August 14, 2020 at 1:30 P.M. Any opposition must be filed by August 7, 2020, and any reply must be filed by August 10, 2020.

New Orleans, Louisiana, July 31, 2020

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE