UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 4 ACES ENTERPRISES, LLC D/B/A ) <br> 4 ACES LOUNGE, ET AL. ) <br> ) <br> ) <br> VERSUS ) <br> ) <br> GOVERNOR JOHN BEL EDWARDS ) <br> and H. "BUTCH" BROWNING, JR.   ) | Civil Action No. 2:20-cv-02150 <br><br> District Judge Martin L.C. Feldman <br><br> Magistrate Judge Donna Phillips Currault <br><br><br> JURY DEMAND |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, (i) 4 Aces Enterprises LLC d/b/a 4 Aces Lounge, LLC, (ii) Bottoms Up of Houma, (iii) Dat Bar, L.L.C., (iv) Double Hill Bar & Grill, LLC, (v) Jalw, LLC d/b/a The Break Room, (vi) Judy's NiteCap, L.L.C., (vii) KJ's Place LLC, (viii) Marlee Celine, LLC d/b/a Murphy's (ix) PJSANCHEZ LLC d/b/a Cobalt Pete's, (x) The Boxer & the Barrel, LLC, (xi) Big Dan's Bar, Inc., (xii) CKBCPB5 LLC d/b/a The Chatter Box, and (xiii) Tipsy Cajun, LLC, hereby file their Notice of Voluntary Dismissal of their claims in the above-captioned Complaint. This Notice of Dismissal is filed prior to the opposing parties serving an answer or a motion for summary judgment, and Plaintiffs have not previously dismissed any federal-or state-court action based on or including the same claim.

Plaintiffs (i) 4 Aces Enterprises LLC d/b/a 4 Aces Lounge, LLC, (ii) Bottoms Up of Houma, (iii) Dat Bar, L.L.C., (iv) Double Hill Bar & Grill, LLC, (v) Jalw, LLC d/b/a The Break Room, (vi) Judy's NiteCap, L.L.C., (vii) KJ's Place LLC, (viii) Marlee Celine, LLC d/b/a Murphy's (ix) PJSANCHEZ LLC d/b/a Cobalt Pete's, (x) The Boxer & the Barrel, LLC, (xi) Big Dan's Bar, Inc., (xii) CKBCPB5 LLC d/b/a The Chatter Box, and (xiii) Tipsy Cajun, LLC voluntarily dismiss their claims, without prejudice, against Defendants, Governor John Bel

1

Edwards in his official capacity as Governor of the State of Louisiana, and H. "Butch" Browning, Jr. in his official capacity as Fire Marshal of the State of Louisiana.

        Respectfully submitted,

        **FAIRCLOTH MELTON SOBEL & BASH, LLC**

    By: ___*/s/ Jimmy R. Faircloth, Jr.*___
        Jimmy R. Faircloth, Jr. (T.A.)(La. #20645)
        jfaircloth@fairclothlaw.com
        Barbara Bell Melton
        bmelton@fairclothlaw.com (La. # 27956)
        Mary Katherine Price (La. #38576)
        kprice@fairclothlaw.com
        Richard F. Norem, III (La. #38849)
        enorem@fairclothlaw.com
        105 Yorktown Drive
        Alexandria, Louisiana 71303
        Telephone: (318) 619-7755
        Facsimile: (318) 619-7744

        **ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I presented the above and foregoing *Notice of Voluntary Dismissal Without Prejudice* for filing and uploading to the CM/ECF system which will send electronic notification of such filing to all counsel of record.

Alexandria, Louisiana, this 6th day of August, 2020.

        _____*/s/ Jimmy R. Faircloth, Jr.*_____
        OF COUNSEL