**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| 4 ACES ENTERPRISES, LLC D/B/A ) <br> 4 ACES LOUNGE, ET AL.            ) <br>                                                 ) <br>                                                 ) <br> VERSUS                                 ) <br>                                                 ) <br> GOVERNOR JOHN BEL EDWARDS ) <br> and H. "BUTCH" BROWNING, JR.  ) | Civil Action No. 2:20-cv-02150 <br><br> District Judge Martin L.C. Feldman <br><br> Magistrate Judge Donna Phillips Currault <br><br><br> JURY DEMAND |

## FIRST AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who respectfully desire to amend their original Complaint for Declaratory Judgment, Injunctive Relief, and Damages (the "Complaint") (R. Doc. 1).

A.

In accordance with Rule 15(a)(1) of the Federal Rules of Civil Procedure, amendment is allowed as a matter of course and no leave of court or opposing party consent is required.

B.

Plaintiffs amend and restate as to the parties only, such that Paragraph 1 of the Complaint now reads, in its entirety, as follows:

1. The Plaintiffs are:

   A. Big Tyme Investments, LLC d/b/a Big Daddy's Pub & Grub, a limited liability company formed under the laws of the State of Louisiana with its principal office located at 1223 Lafayette St., Houma, LA 70360;

B. CD Enterprises of Houma LLC d/b/a Larussa's Lounge, a limited liability company formed under the laws of the State of Louisiana with its principal office located at 8510 Main St., Houma, LA 70363;

C. JOM LLC d/b/a Just One More, a limited liability company formed under the laws of the State of Louisiana with its principal office located at 6545 W Main St., Houma, LA 70364;

D. LongShotz 1, LLC d/b/a Longshotz, a limited liability company formed under the laws of the State of Louisiana with its principal office located at 6004 Alma Street, Houma, LA 70364;

E. Paradise Sports Bar & Daiquiris, LLC d/b/a Epic Lounge, a limited liability company formed under the laws of the State of Louisiana with its principal office located at 5128 Lapalco Blvd. Suite F, Marrero, LA 70072;

F. R & J Lapeyrouse, LLC d/b/a Jeaux's New Horizon, a limited liability company formed under the laws of the State of Louisiana with its principal office located at 713 HWY 182, Houma, LA 70364;

G. R. Heasley, LLC d/b/a Ram Rod's Saloon, a limited liability company formed under the laws of the state of Louisiana with its principal office located at 10195 East Main St., Houma, LA 70363;

H. Tap Dat, L.L.C. d/b/a the Brass Monkey, a limited liability company formed under the laws of the State of Louisiana with its principal office located at 230 Cousin Street, Slidell, LA 70458;

I. The Music Cove, LLC, a limited liability company formed under the laws of the State of Louisiana with its principal office located at 4300 Grand Caillou Rd., Houma, LA 70363; and

J.  The Outer Limits Bar, LLC, a limited liability company formed under the laws of the state of Louisiana with its principal office located at 6004 Alma Street, Houma, LA 70364; and

At all times material hereto, Plaintiffs were (and remain) engaged in business operations as bars, serving alcohol and/or food to the public under licensure by the State of Louisiana and local authorities.[1]

C.

Plaintiffs re-allege and reiterate all of the allegations, prayers, and exhibits of their original Complaint and adopt said allegations, prayers, and exhibits by reference as though fully set forth herein.

Respectfully submitted,

**FAIRCLOTH MELTON SOBEL & BASH, LLC**

By:  ___/s/ Jimmy R. Faircloth, Jr._____
      Jimmy R. Faircloth, Jr. (T.A.)(La. #20645)
      jfaircloth@fairclothlaw.com
      Barbara Bell Melton
      bmelton@fairclothlaw.com (La. # 27956)
      Mary Katherine Price (La. #38576)
      kprice@fairclothlaw.com
      Richard F. Norem, III (La. #38849)
      enorem@fairclothlaw.com
      105 Yorktown Drive
      Alexandria, Louisiana 71303
      Telephone: (318) 619-7755
      Facsimile: (318) 619-7744

**ATTORNEYS FOR PLAINTIFFS**

---

[1] *See* Complaint Verification Forms, attached as Exhibit "A", in globo.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I presented the above and foregoing *First Amended Complaint* for filing and uploading to the CM/ECF system which will send electronic notification of such filing to all counsel of record.

Alexandria, Louisiana, this 6th day of August, 2020.

_____*/s/ Jimmy R. Faircloth, Jr.*_____
OF COUNSEL


## STATEMENT PURSUANT TO LR 3.1

Pursuant to LR 3.1, a civil suit is pending in the United States District Court for the Western District of Louisiana, Lafayette Division, Civil Suit. No. 6:20-cv-00965, filed on July 30, 2020, regarding a material part of the subject matter or operative facts contained in the foregoing Complaint for Declaratory Judgment, Injunctive Relief, and Damages. The suits differ as to the named plaintiffs. This distinction is important because the suits seek, in part, to enjoin the enforcement of the Governor's executive orders, as described herein, as to the individual plaintiffs.

Alexandria, Louisiana, this 6th day of August, 2020.

_____*/s/ Jimmy R. Faircloth, Jr.*_____
OF COUNSEL