UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
4 ACES ENTERPRISES, LLC, ET AL.                 CIVIL ACTION

v.                                              NO. 20-2150

JOHN BEL EDWARDS, ET AL.                        SECTION "F"
```

ORDER

IT IS ORDERED: that the parties shall file proposed findings of fact and conclusions of law by 5:00 p.m. on August 10, 2020.

IT IS FURTHER ORDERED: that the parties shall file a document containing their proposed order of presentation by 5:00 p.m. on August 10, 2020. The document shall include: the name of each expected witness, their title, the topic of their testimony, and the order in which they will be called; a list of all exhibits the parties intend to introduce, and a description of each exhibit, including any objection to the exhibit, the grounds for the objection, and the party by whom the objection is made. A copy of each exhibit shall be delivered to the Court by way of email to Jordan_Redmon@laed.uscourts.gov by 5:00 p.m. on August 12, 2020.

IT IS FURTHER ORDERED: that any witness or exhibit not included in the document will be excluded. Each side shall present only the evidence that is strictly necessary to prove their case. See 28 U.S.C. § 1927. The presentations shall be limited to one hour per side.

New Orleans, Louisiana, August 6, 2020

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE