UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| 4 ACES ENTERPRISES, LLC D/B/A 4 ACES LOUNGE, ET AL., | * | CASE NO. 2:20-CV-02150 |
| Plaintiffs, | * | DISTRICT JUDGE: MARTIN L.C. FELDMAN |
| VERSUS | * | |
| GOVERNOR JOHN BEL EDWARDS, ET AL., | * | MAGISTRATE JUDGE: DONNA PHILLIPS CURRAULT |
| Defendants. | * | |

* * * * * * * * * * * * * * * * *

### MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF DR. ALEXANDER BILLIOUX REGARDING LDH DATA ON COVID OUTBREAKS

**May It Please the Court:**

Defendants, John Bel Edwards, in his official capacity as Governor of the State of Louisiana, and H. "Butch" Browning, Jr., in his official capacity as Fire Marshal of the State of Louisiana (collectively, "Defendants"), submit this Memorandum in Support of Motion for Leave to Submit a Supplemental Declaration of Dr. Alexander Billioux ("Billioux").

During the injunction hearing held on August 14, 2020, this Court questioned the sole witness who testified at the hearing, Dr. Alexander Billioux, on a document (introduced as Exhibit 19) generated by the Louisiana Department of Health (the "LDH") regarding the "number of COVID-19 outbreaks and associated cases in non-congregate settings" (the "Outbreak Document"). The Outbreak Document identifies various categories, such as child daycare, construction site, gym, bar, and restaurant, where contact tracing of positive cases yielded a common point of contact.[1] The Outbreak Document provides that 41 outbreaks and 464 associated

---
[1] Exhibit 19 is attached hereto.

cases have been sourced to a "bar" setting.  This Court questioned Dr. Billioux on whether, with respect to the "Outbreak Document," the "bar" setting included bar areas in restaurants or applied to stand-alone bars only.  Dr. Billioux testified that, if the LDH sourced a particular outbreak to the bar area in a restaurant, the LDH would add that outbreak to the "bar" setting.  But of the 41 outbreaks and 464 associated cases sourced to the "bar" setting, Dr. Billioux could not, at that time, identify exactly how many of those outbreaks and cases were sourced to stand-alone bars, as compared to stand-alone bars.

On the basis of additional data provided by his colleagues, Dr. Billioux can now provide a more precise answer to this Court.  33 of the outbreaks (or 80.5% of the total) are attributable to stand-alone bars, as compared to bar areas in restaurants.  Relatedly, 397 of the cases associated with the outbreaks (or 84.8 % of the total) are attributable to stand-alone bars, as compared to bar areas in the restaurants.[2]

Of the 41 "bar" outbreaks and 464 cases associated with "bar" outbreaks, the overwhelming majority come from the stand-alone bars subject to 89 JBE 2020.  In their Declarations, Governor Edwards and Dr. Billioux declared that this data, combined with the significant increase in cases among 18-29 year olds, the recommendations of the White House, reports of bar outbreaks in other states, and research into why bar-related activity is so conducive to the spread of COVID-19, as justifications for the issuance of 89 JBE 2020.[3]  And as set forth in the August 12, 2020 Supplemental Declaration of Dr. Billioux [Doc. 29-9] and the new guidelines from the State Fire Marshal referenced therein, bar areas located inside of a restaurant are only able to operate as extensions of the ordinary restaurant dining operation, with seating of patrons at

---

[2] The Supplemental Declaration is attached hereto as Exhibit 1.
[3] *See* Declaration of Governor John Bel Edwards, ¶¶ 29-34 [Doc. 22-1];   Declaration of Dr. Alexander Billioux, ¶ 48 [Doc. 15-17].

2

the same limitations imposed on the restaurant at-large and food required to be a part of all orders, as well as congregating in open areas being prohibited.[4]  Thus, with respect to whether an individual in Louisiana can, today, walk up to a bar, order only drinks, and mingle with the people he meets, there is no difference between stand-alone bars and restaurant bars.  To slow the spread of a deadly, contagious virus, no such behavior is permitted anywhere in this state.

Accordingly, Defendants request that this Court grant leave to Defendants to file the supplemental declaration of Dr. Billioux.  This supplemental declaration clarifies the empirical data supporting one of the multiple justifications for the Governor's Emergency Proclamations.  Each of these justifications, and certainly all of them taken together, fully support the rationality of the Governor's proclamations as they apply to bars.[5]  Accordingly, Defendants request that this Court deny the request for a preliminary and permanent injunction.

Respectfully submitted,

/s/  James M. Garner

| | |
|---|---|
| JACK M. WEISS (# 13340) | JAMES M. GARNER (# 19589), T.A. |
| Attorney at Law | DARNELL BLUDWORTH (# 18801) |
| 5938 Laurel Street | JOSHUA S. FORCE (# 21975) |
| New Orleans, LA 70115 | CHRISTOPHER T. CHOCHELES (# 26848) |
| Telephone/Facsimile: (504) 267-0637 | JOSIE N. SERIGNE (# 38588) |
| Email: jack1656@gmail.com | **SHER GARNER CAHILL RICHTER** |
| (EDLA readmission pending) | **KLEIN & HILBERT, L.L.C.** |
| MATTHEW F. BLOCK (# 25577) | 909 Poydras Street, 28th Floor |
| Executive Counsel | New Orleans, Louisiana  70112-1033 |
| Office of the Governor | Telephone: (504) 299-2100 |
| Louisiana State Capitol | Facsimile: (504) 299-2300 |
| 4th Floor | Email: jgarner@shergarner.com |

---

[4] *See* Supplemental Declaration of Dr. Alexander Billioux, ¶¶ 8-11 [Doc. 29-9].
[5] *See League of Independent Fitness Facilities and Trainers, Inc. v. Whitmer,* 2020 WL 3468281, * 3 (6th Cir. 2020) (finding that even a governor's generalized explanation for how COVID-19 could spread in gyms provided a "paradigmatic example of the 'rational speculation'" sufficient to uphold the constitutionality of an executive order that closed fitness centers).

Baton Rouge, Louisiana 70804
Telephone:	(225)342-7015
Email:	matthew.block@la.gov

dlbudworth@shergarner.com
jforce@shergarner.com
cchocheles@shergarner.com
jserigne@shergarner.com

**ATTORNEYS FOR DEFENDANTS**
**GOVERNOR JOHN BEL EDWARDS AND H. BUTCH BROWNING, JR.**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2020, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ James M. Garner_____
James M. Garner