## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **4 ACES ENTERPRISES, LLC D/B/A** | ) | **Civil Action No. 2:20-cv-02150** |
| **4 ACES LOUNGE, ET AL.** | ) | |
| | ) | **District Judge Martin L.C. Feldman** |
| | ) | |
| **VERSUS** | ) | **Magistrate Judge Donna P. Currault** |
| | ) | |
| **GOVERNOR JOHN BEL EDWARDS** | ) | |
| **and H. "BUTCH" BROWNING, JR.** | ) | **JURY DEMAND** |

### PLAINTIFFS' CORRECTED EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, 4 Aces,

Enterprises, L.L.C. D/B/A 4 Aces Lounge, *et al.*, collectively referred to as the "Bar Owners"

who provide this Exhibit List pursuant to this Court's Order granting a hearing for a Preliminary

Injunction (R. Doc. 7). The Bar Owners respectfully offer the following as Exhibits:

EXHIBIT "A"……………………………………………………...Verified Complaint and Exhibits.

EXHIBIT "B"……………………….…………….Verified Amended Complaint and Exhibits.

EXHIBIT "C"………Motion for Preliminary Injunction, Memorandum in Support, and Exhibits.

EXHIBIT "D"………………………………………………………….Supplemental Affidavits.

EXHIBIT "D-1"…………………….Summer Dardar on behalf of Big Tyme Investments, L.L.C.

EXHIBIT "D-2" …..................Candia J. Ledet and Dale C. Ledet on behalf of CD Enterprises of Houma, L.L.C.

EXHIBIT "D-3"……………………….....................Timothy Mathis on behalf of JOM, L.L.C.

EXHIBIT "D-4"……………………………....Jeanne Trosclair on behalf of LongShotz 1, L.L.C.

EXHIBIT "D-5"………………………….Julie Chauvin on behalf of Paradise Sports Bar, L.L.C.

EXHIBIT "D-6"……………… Patrick Heim and Gilbert Valencia on behalf of Tap Dat, L.L.C.

EXHIBIT "D-7"………………….…….Jessie J. Billiot, Jr. on behalf of The Music Cove, L.L.C. Exhibit not admitted

EXHIBIT "D-8"…..……………….Jeanne Trosclair on behalf of The Outer Limits Bar, L.L.C.

EXHIBIT "D-9"……………………………..Rhonda Lapeyrouse and Jody Lapeyrouse on behalf
of R & J Lapeyrouse, L.L.C.

EXHIBIT "D-10"……………………….…………...Dani Davis on behalf of R. Heasley, L.L.C.

EXHIBIT "E"………………………...................Louisiana Department of Health Contact Tracing
Data as of July 22, 2020, accessed on July 27, 2020.

EXHIBIT "F"…………………………………Louisiana Department of Health Nursing Home
Data as of August 5, 2020, accessed on August 10, 2020.

EXHIBIT "G"………………………...................Louisiana Department of Health Nursing Home
Data as of July 28, 2020, accessed on August 3, 2020.

EXHIBIT "H"………………………………………...Center For Disease Control and Prevention
Considerations for Restaurants and Bars
as of July 17, 2020, accessed on August 5, 2020.

EXHIBIT "I"……………...White House Coronavirus Task Force Report and Recommendations,
as of July 26, 2020, accessed on August 10, 2020.

EXHIBIT "J" …………………….………...Cumulative List of "Red Zone" States as designated
by the White House Coronavirus Task Force
Report on July 26, 2020.

EXHIBIT "K" ………………………………………………Curriculum Vitae of Murphy J. Painter.

EHIBIT "L" ……………………………………………………….Affidavit of Murphy J. Painter.

EXHIBIT "M" ……………………………………….*Restaurants, Cafes and Coffee Shops, Bars,*
*Nightclubs, and Micro-Breweries,* La.
OFF. of St. Fire Marshall, 1 (July 23, 2020).

Respectfully submitted,

**Faircloth Melton Sobel & Bash, LLC**

**By:** /s/ *Jimmy R. Faircloth, Jr.*
Jimmy R. Faircloth    (T.A.) (La. #20645)
jfaircloth@fairclothlaw.com
Barbara Bell Melton          (La. #27956)
bmelton@fairclothlaw.com
Mary Katherine Price        (La. #38576)
kprice@fairclothlaw.com
Richard F. Norem, III        (La. #38849)
enorem@fairclothlaw.com
105 York Town Drive
Alexandria, LA 71303

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I presented the above and foregoing for filing and uploading

to the CM/ECF system, which will send electronic notification of such filing to all counsel of

record.

Alexandria, Louisiana, this 11th Day of August, 2020.

*/s/ Jimmy R. Faircloth, Jr.*
OF COUNSEL