# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **4 ACES ENTERPRISES, LLC D/B/A 4 ACES LOUNGE, ET AL.** | ) ) ) ) | Civil Action No. 2:20-cv-02150 |
| | | District Judge Martin L.C. Feldman |
| **VERSUS** | ) ) | Magistrate Judge Donna Phillips Currault |
| | ) | |
| **GOVERNOR JOHN BEL EDWARDS and H. "BUTCH" BROWNING, JR.** | ) ) | **JURY DEMAND** |

## NOTICE OF EXPEDITED APPEAL TO THE FIFTH CIRCUIT

Notice is hereby given that Plaintiffs, (i) Big Tyme Investments, LLC d/b/a Big Daddy's Pub & Grub, (ii) CD Enterprises of Houma LLC d/b/a Larussa's Lounge, (iii) JOM LLC d/b/a Just One More, (iv) LongShotz 1, LLC d/b/a Longshotz, (v) Paradise Sports Bar & Daiquiris, LLC d/b/a Epic Lounge, (vi) R&J Lapeyrouse, LLC d/b/a Jeaux's New Horizon, (vii) R. Heasley, LLC d/b/a Ram Rod's Saloon, (viii) Tap Dat, L.L.C. d/b/a The Brass Monkey, (ix) The Music Cove, LLC, and (x) The Outer Limits Bar, LLC, appeal to the United States Court of Appeals for the Fifth Circuit from the Order denying Plaintiffs' motion for preliminary and permanent injunctive relief (ECF No. 50) entered in this action on the 17th day of August, 2020. Pursuant to Fed. R. App. P. 2 and 5th Cir. R. 34.5, Plaintiffs will be filing a Motion to Expedite Appeal with the Fifth Circuit.

DATED: August 18, 2020         Respectfully submitted,

**FAIRCLOTH MELTON SOBEL & BASH, LLC**

By:    */s/ Jimmy R. Faircloth, Jr.*
       Jimmy R. Faircloth, Jr.     (T.A.)  (La. #20645)
       jfaircloth@fairclothlaw.com
       Barbara Bell Melton                 (La. # 27956)
       bmelton@fairclothlaw.com

Mary Katherine Price   (La. #38576)
kprice@fairclothlaw.com
Richard F. Norem, III   (La. #38849)
enorem@fairclothlaw.com
105 Yorktown Drive
Alexandria, Louisiana 71303
Telephone: (318) 619-7755
Facsimile: (318) 619-7744

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I presented the above and foregoing *Plaintiffs' Notice of Appeal to the Fifth Circuit* for filing and uploading to the CM/ECF system which will send electronic notification of such filing to all counsel of record.

Alexandria, Louisiana, this 18th day of August, 2020.

*/s/ Jimmy R. Faircloth, Jr.*
OF COUNSEL